**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **American Health, Inc., et als.**<br>Plaintiff<br><br>v.<br><br>**Dr. Sergio Chévere, et als.**<br>Defendants | Civil No.  12-1678 (PG) |

## MOTION TO REQUEST AN EXTENSION OF TIME

TO THE HONORABLE COURT:

Comes now defendants, through the undersigned counsel and very respectfully **SETS FORTH** and **PRAYS**:

For the past week, the undersigned has been suffering from "influenza" and has been bed ridden.  Defendant requests an extension of time to file a reply to dkt16, since there are important arguments that must be presented to the Court.

Wherefore it is respectfully requested from this Honorable Court that defendant's request be GRANTED.

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their respective registered e-mail addresses.  Any non-registered attorneys and/or parties will be served via regular mail.

In San Juan, Puerto Rico this 23th day of January, 2013.

*S/ Johanna M. Emmanuelli Huertas*
JOHANNA M. EMMANUELLI HUERTAS
USDC-PR #210506
PEDRO ORTIZ ÁLVAREZ, LLC
P.O. Box 9009 Ponce, PR  00732
Tel.:  (787) 841-7575 - Fax:  (787) 841-0000
Email:  jmeh@poalaw.com