IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AMERICAN HEALTH, INC.; SOCIOS MAYORES EN SALUD, INC.; SOCIOS MAYORES EN SALUD HOLDING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DR. SERGIO CHÉVERE; IRAIDA DEL RÍO; THE CONJUGAL PARTNERSHIP COMPOSED BY SERGIO CHÉVERE AND IRAIDA DEL RÍO.<br><br>Defendants. | CIVIL NO. 12-1678(PG) |

## **MOTION TO STRIKE DEFENDANTS' REPLY (DOCKET 18)**

TO THE HONORABLE COURT:

Plaintiffs, American Health, Inc., Socios Mayores en Salud, Inc., and Socios Mayores en Salud Holding, Inc. (collectively "American Health"), by and through undersigned counsel, move to strike Defendants' "Reply Motion to Dkt. 16" (Docket No. 18) showing to the Court as follows:

1.  Local Rule 7(c) of the Rules of this Court allows for the filing of a reply memorandum "with prior leave of Court." Said rule also requires that the reply "…be strictly confined to replying to new matters raised in the objection or opposing memorandum."

2.  Defendants' "Reply Motion to Dkt 16" was filed without leave of court.

3.  Therefore, Defendants' Docket 18 should be ordered stricken from the record. *See Rivera-Feliciano v. State Ins. Fund Corp.*, 652 F.Supp.2d 170, fn. 1 (D.P.R. September 3, 2009) (Pérez-Giménez, J.) (Court did not consider plaintiff's sur-reply to defendant's reply

1

inasmuch as plaintiff did not seek leave of the Court prior to filing, as required by Local Rule 7(c)).

Certification: Today we filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send copy to all counsel of record.

In San Juan, Puerto Rico, this 7th day of February, 2013.

**Casellas Alcover & Burgos, P.S.C.**
P.O. Box 364924
San Juan, Puerto Rico 00936-4924
Tel. 787-756-1400
Fax. 787-756-1401

*/s/ César T. Alcover*
César T. Alcover
USDC-PR No. 204311
Email: calcover@cabprlaw.com

*/s/ Manuel A. Pietrantoni*
Manuel A. Pietrantoni
USDC-PR No. 219805
Email: mpietrantoni@cabprlaw.com

*/s/ Sarika J. Angulo*
Sarika J. Angulo
USDC-PR No. 230502
Email: sangulo@cabprlaw.com